**AMERICAN NATIONAL INSURANCE CO., Movant, v. Nellie COURTNEY, Opposed.**

Court of Appeals of Kentucky.

March 4, 1949.

Keenon & Odear for movant.

George D. Dorroh opposed.

PER CURIAM.

Judgment in favor of appellee against appellant for $318. The motion for an appeal is overruled and the judgment affirmed.